## ROBERT GOELET v. THOMAS McMANUS AND OTHERS.

*Surplus moneys — recording act — unrecorded mortgages — bona fide purchaser.*

On the 10th of April, 1871, W. Jeremiah, the owner of certain real estate, executed his bond, secured by a mortgage upon said premises, for $3,000, to J. Jeremiah, who, on the 25th of July, 1871, delivered the same to one Morgan. On September 13, 1871, W. Jeremiah conveyed the premises to Mary Ann, wife of John Jeremiah, without consideration, the grantee having actual knowledge of the mortgage then held by Morgan, and the consideration he had paid for it. The deed to Mary Ann Jeremiah was recorded October 5, 1871. On October 28, 1871, John Jeremiah executed a written assignment of the bond and mortgage to Morgan, and, on January 2, 1872, the mortgage and assignment were recorded. On the 16th of January, 1873, Mary Ann Jeremiah executed a mortgage upon the premises to one Andrews, for $2,000, who assigned it to one Herman on the twenty-second of the same month, the mortgage having been recorded on the twenty-first. Herman had no notice of the first mortgage, except such constructive notice as was given by the record. *Held*, that when Morgan put his mortgage on record, January 2, 1872, it was a complete and perfect lien, and that the lien acquired by Herman, under the mortgage to Andrews, was subsequent thereto.*

* The cases of Van Rensselaer v. Clark, 17 Wend., 25; Ring v. Richardson 3 Keyes, 450, and Schutt v. Large, 6 Barb., 373, followed.

APPEAL from an order of the Special Term, confirming a report of a referee on distribution of surplus moneys.

*Blumenstiel & Ascher*, for the appellant.

*T D. Pelton*, for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Order affirmed, with costs.